Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
MICKEY GILDER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14CR208 JAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MICKEY GILDER, | |
| Defendant. | |

**ORDER**

On December 2, 2014, the Defendant, MICKEY GILDER, was sentenced to a total sentence of TIME SERVED. Therefore, it is so ordered that the Defendant, MICKEY GILDER, be immediately released from federal custody.

IT IS SO ORDERED

**ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of December, 2014

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Order - Release                1